IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONNIE D. PARRISH,

    Plaintiff,

v.

PETE RINDAL, et al.

    Defendants.

ORDER

Case No. 17-cv-697-bbc

This case was closed on September 28, 2017 after the court received a notice of voluntary dismissal from plaintiff Ronnie D. Parrish. Now plaintiff has filed a typed copy of his original complaint. I assume plaintiff's submission is an attempt to reopen this case.

Plaintiff has neither paid the filing fee nor requested leave to proceed without prepayment. For this case to proceed, plaintiff must pay the $400 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than January 12, 2018. A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Ronnie D. Parrish may have until January 12, 2018 to submit the $400 filing fee or a motion for leave to proceed without prepayment and a trust fund account statement for the period beginning approximately March 11, 2017 and ending approximately September 11, 2017.

Entered this 20th day of December, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge