IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONNIE D. PARRISH,

    Plaintiff,

v.

PETE RINDAL, CHRISTOPHER WILHEM,
PATRICIA NELSON, RACHEL PINGS,
OFFICER BOWIE and CAPTAIN PINKALL,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-697-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing without prejudice plaintiff Ronnie D. Parrish's claims challenging his conviction and revocation under Heck v. Humphrey, 512 U.S. 477, 487 (1994), and dismissing plaintiff's remaining claims for failure to state a claim upon which relief may be granted.

    /s/                                          2/15/2018

Peter Oppeneer, Clerk of Court                Date